UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

|  |  |
|---|---|
| Hill Design, Inc., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 04-'0'00 - KPN |
| v. ) | |
| ) | |
| Roylco, Inc, ) | |
| ) | |
| Defendant. ) | |

**CORPORATION DISCLOSURE STATEMENT
OF HILL DESIGN, INC.
LOCAL RULE 7.3**

There are no parent corporations or publicly held corporations that own stock in plaintiff Hill Design, Inc. There are only three individuals owning all of the shares of Hill Design, Inc.

Respectfully submitted,

HILL DESIGN, INC.

By its attorneys,

DOHERTY, WALLACE, PILLSBURY AND MURPHY, P.C.

Dated: May 26, 2004     By: /s/ Deborah A. Basile
Deborah A. Basile
One Monarch Place, Suite 1900
Springfield, Massachusetts
01144-1900
(413) 733-3111