UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| Hill Design, Inc., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 04-30100-MFN |
| ) | |
| v. ) | |
| ) | |
| Roylco, Inc, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR PRO HAC VICE
## ADMISSION OF COUNSEL

NOW COMES Deborah A Basile, Esquire, of Doherty, Wallace, Pillsbury And Murphy, P.C., counsel for Hill Design, Inc., in the above-captioned matter, pursuant to Local Rule 83.5.3, and moves that Attorney Garfield Goodrum be admitted to appear and practice *pro hac vice* in the above-captioned matter as co-counsel for plaintiff Hill Design, Inc., and further states as follows:

1.   I have appeared as counsel for Hill Design, Inc., in the above-captioned matter. I am a member of Doherty, Wallace, Pillsbury And Murphy, P.C., and I am a member in good standing of the Bar of the United States District Court for the District of Massachusetts and of the Supreme Judicial Court for the Commonwealth of Massachusetts.

2.   Garfield Goodrum, Esquire, respectfully requests that he be granted leave to appear and practice in this Court for the above-captioned matter on behalf of plaintiff Hill Design, Inc., on the following grounds:

3. Attorney Goodrum is one of the three individual shareholders in plaintiff Hill Design, Inc.

4. Attorney Goodrum is a member in good standing of the Bar of the Supreme Judicial Court for the Commonwealth of Massachusetts. Attorney Goodrum filed his Motion for Admission to the Bar of this Court with a Certificate of Good Standing and the required fee on May 26, 2004, which he sent to the Court's clerk in Springfield via FedEx on May 25, 2004. Attorney Goodrum expects to be sworn in to the bar of this Court on June 16, 2004.

5. Submitted herewith in support of this Motion is an affidavit of Attorney Goodrum.

6. Attorney Doug Kim, opposing counsel, would not consent to this motion.

7. No memorandum of law is submitted as this Motion seeks action within the discretion of this Court. No memorandum is necessary.

Respectfully submitted,

HILL DESIGN, INC.

By its attorneys,

DOHERTY, WALLACE, PILLSBURY AND MURPHY, P.C.

Dated: May 26, 2004      By: _____
Deborah A. Basile
One Monarch Place, Suite 1900
Springfield, Massachusetts
01144-1900
(413) 733-3111

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| Hill Design, Inc., : | |
| : | |
| Plaintiff, : | |
| : | Civil Action No. 04-30100-KPN |
| v. : | |
| : | |
| Roylco, Inc., : | |
| : | |
| Defendant. : | |

## AFFIDAVIT OF GARFIELD GOODRUM, JR.
## IN SUPPORT OF MOTION TO ADMIT
## *PRO HAC VICE*

I, GARFIELD GOODRUM, JR., CERTIFY AND STATE UNDER OATH AS FOLLOWS:

1. My current address is: 631 Town Hill Road, Reading, VT 05062; my telephone number is: 802-484-9034.

2. I have been admitted to practice in the following jurisdictions: the Supreme Judicial Court for Massachusetts on January 20, 1999; the District of Columbia on January 10, 2000.

3. I am presently in good standing and eligible to practice before every state court in Massachusetts. Having relocated from the Washington, D.C., area, I have allowed my District of Columbia membership to lapse.

4. I am not currently, nor have I ever been, suspended or disbarred in any jurisdiction. There are no disciplinary actions pending against me anywhere.

5.  I am aquatinted with the Local Rules of this Court, and I will fully abide by those rules and any orders issued by this Court.

6.  I will at all times be affiliated with Attorney Deborah A. Basile, a member of this Court's bar, or another such attorney with her law firm - Doherty, Wallace, Pillsbury and Murphy, P.C.

Date: May 25, 2004

Garfield Goodrum, Jr., Esq.

LINDA S. BARROS
NOTARY PUBLIC
My commission expires Sept. 26, 2008