UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CIVIL ACTION NO. 04-30100-KPN

| HILL DESIGN, INC., | |
| --- | --- |
| Plaintiff | |
| v. | **NOTICE OF APPEARANCE** |
| ROYLCO, INC., | |
| Defendant | |

TO THE CLERK OF THE ABOVE-NAMED COURT: Please enter our appearance for the Plaintiff, Hill Design, Inc., in the above-entitled matter.

THE PLAINTIFF
HILL DESIGN, INC.
By Its attorneys,

*/s/ Deborah A. Basile*
Deborah A. Basile, Esq.
Doherty Wallace Pillsbury & Murphy, P. C.
One Monarch Place, 19th Floor
1414 Main Street
Springfield, MA 01144-1002
Tel No.: (413) 733-3111
Fax No.: (413) 739-3910 (Fax)
BBO#: 549281

*/s/ Michael K. Callan*
Michael K. Callan, Esq.
Doherty Wallace Pillsbury & Murphy, P. C.
One Monarch Place, 19th Floor
1414 Main Street
Springfield, MA 01144-1002
Tel No.: (413) 733-3111
Fax No.: (413) 739-3910 (Fax)
BBO#: 558912

227760-1

## CERTIFICATE OF SERVICE

    I, Deborah A. Basile, Esq., hereby certify that I served a copy of the foregoing on the Defendant by mailing a copy of the same postage prepaid on May 27, 2004 to:

Allen F. Creighton, Esquire
Hunter Freeman, Esquire
McNair Law Firm, P.A.
1301 Gervais Street
Columbia, SC 29201

*Deborah A. Basile*
Deborah A. Basile, Esquire

227760-1