AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF **MASSACHUSETTS**

*A MOTION TO APPEAR PRO HACE VICE WAS ALLOWED ON 6/10/04 PLEASE FILE THE following APPEARANCE WITHIN TEN DAYS*

Hill Design, Inc.
v.
Roylco, Inc.

**APPEARANCE**

Case Number: 04-30100-MAP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   Hill Design, Inc.

I certify that I am admitted to practice in this court, by virtue of the pro hac vice motion allowed on 6/10/04

---

Date: 6/16/04

Signature: [signed] Gfld Goodrum

Print Name: Garfield Goodrum     Bar Number:

Address: 631 Town Hill Rd

City: Reading,  State: VT   Zip Code: 05062

Phone Number: 802-484-9034     Fax Number: 617-904-1753