# United States District Court

DISTRICT OF ___Massachusetts___

Hill Design, Inc.

              v.

Roylco, Inc.

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 3:04-cv-30100

TO: (Name and Address of Defendant)

Roylco, Inc.
3251 Abbeville Highway
Anderson, SC  29624

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Deborah A. Basile, Esquire      (413) 733-3111
Michael K. Callan, Esquire
Doherty, Wallace, Pillsbury & Murphy, P.C.
One Monarch Place
Suite 1900
Springfield, MA 01144

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

TONY ANASTAS                                         7/2/04

CLERK                                                          DATE

BY DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE July 9, 2004 |
| NAME OF SERVER Prudence M. Greene | TITLE Paralegal for James M. Bagarazzi, Esq. |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Defendant's Attorney agreed to accept service (per the attached copy of his letter) of the Summons and Complaint. The Summons and Complaint were sent to Defendant's Attorney via Federal Express on July 8, 2004 and delivered on July 9, 2004 (confirmation attached)

### STATEMENT OF SERVICE FEES

| TRAVEL Federal Express 9.91 | SERVICES 50.00 | TOTAL 59.91 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/13/04
        Date

Signature of Server: Prudence M. Greene

Address of Server: Dority and Manning, P.A., One Liberty Square
55 Beattie Place, Suite 1600
Greenville, SC 29601

# McNAIR LAW FIRM, P.A.
ATTORNEYS AND COUNSELORS AT LAW

D. MICHAEL HENTHORNE
mhenthorne@mcnair.net

500 SOUTH MCDUFFIE STREET
ANDERSON, SOUTH CAROLINA 29621

www.mcnair.net

POST OFFICE BOX 4088
ANDERSON, SOUTH CAROLINA 29622
TELEPHONE (864)226-1688
FACSIMILE (864)225-8456

July 8, 2004

*Via Facsimile & U. S. Mail*

James M. Bagarazzi, Esquire
**Dority & Manning, P.A.**
P. O. Box 1449
Greenville, SC 29602-1449

RE: *Roylco, Inc. vs. Hill Design, Inc.*
Case No: 8:04-1397-20

Dear Jim:

Pursuant to our telephone conversation on Tuesday, July 6, 2004, please allow this letter to confirm that I will accept service on behalf of Roylco, Inc. with respect to the action filed in Massachusetts.

I have assumed responsibility for the above-reference matter, along with Rita McKinney of our Greenville office. If you would, please direct all future correspondence and other documents to my attention.

I look forward to working with you.

Very truly yours,

McNAIR LAW FIRM, P.A.

D. Michael Henthorne

DMH:cce
cc: Mr. Perry Voisin
    Rita McKinney, Esquire

ANDERSON · CHARLESTON · CHARLOTTE · COLUMBIA · GEORGETOWN · GREENVILLE · HILTON HEAD ISLAND · MYRTLE BEACH · RALEIGH

ANDERSON 45272v1

WELLINGTON M. MANNING, JR.
JULIAN W. DORITY
JAMES M. BAGARAZZI
RICHARD M. MOOSE
STEPHEN E. BONDURA
TIMOTHY A. CASSIDY
JEFFREY M. KARMILOVICH
TIM F. WILLIAMS
TIMOTHY D. ST. CLAIR
JASON W. JOHNSTON
NEAL P. PIEROTTI
BERNARD S. KLOSOWSKI, JR.
STEVEN R. LE BLANC
DAVID M. SIGMON
TARA E. AGNEW
NEIL M. BATAVIA
CHRISTINA MANGELSEN*
HARRY E. MOOSE, JR.*
JENNIFER L. VAN DER HORST*

*PATENT AGENT

# DORITY & MANNING
## ATTORNEYS AT LAW, P.A.

ONE LIBERTY SQUARE
55 BEATTIE PLACE, SUITE 1600
GREENVILLE, SC 29601 USA

TELEPHONE (864) 271-1592
FACSIMILE (864) 233-7342
www.dority-manning.com

PATENTS, TRADEMARKS,
COPYRIGHTS & RELATED LITIGATION

MAILING ADDRESS
P.O. BOX 1449
GREENVILLE, SC 29602 USA

July 8, 2004
(VIA FEDERAL EXPRESS)

D. Michael Henthorne, Esq.
McNair Law Firm
500 South McDuffie Street
Greenville, SC 29621

Re: Hill Design, Inc. v. Roylco, Inc. Case No: 3:04-cv-30100

Dear Mr. Henthorne:

Per your July 8, 2004 letter to Mr. Bagarazzi confirming your July 6, 2004 telephone conversation in which you stated that you would accept service on behalf of Roylco with respect to the action filed in Massachusetts, we are enclosing herewith an original Summons and Complaint.

Very Truly Yours,

Prudence M. Greene,
Paralegal

PMG

Enclosures: as stated

cc: James M. Bagarazzi, Esq. (w/o enclosures)



| | | |
|---|---|---|
| | FedEx Express<br>Customer Support Trace<br>3875 Airways Boulevard<br>Module H, 4th Floor<br>Memphis, TN 38116 | U.S. Mail: PO Box 727<br>Memphis, TN 38194-4643<br><br>Telephone: 901-369-3600 |

7/13/2004

Dear Customer:

Here is the proof of delivery for the shipment with tracking number **792039823621**. Our records reflect the following information.

---

### Delivery Information:

**Signed For By:** G.APILLO



**Delivery Location:** 500 SOUTH MCDUFFIE STREET
**Delivery Date:** July 9, 2004
**Delivery Time:** 0938

---

### Shipping Information:

**Tracking No:** 792039823621    **Ship Date:** July 8, 2004

| Recipient: | Shipper: |
|---|---|
| MICHAEL HENTHORNE | PRUDENCE M. GREENE |
| MCNAIR LAW FIRM, P.A. | DORITY & MANNING ATTORNEYS |
| 500 SOUTH MCDUFFIE STREET | 55 BEATTIE PL STE 1600 |
| ANDERSON, SC 29621 | GREENVILLE, SC 296012131 |
| US | US |

**Shipment Reference Information:**    HDN-1-TM-L

Thank you for choosing FedEx Express. We look forward to working with you in the future.

FedEx Worldwide Customer Service
1-800-Go-FedEx®
Reference No.: R2004071300148175020



# Track Shipments
# Detailed Results

**Printable Version**   **Quick Help**

| | | | |
|---|---|---|---|
| **Tracking number** | 792039823621 | **Reference number** | HDN-1-TM-L |
| **Signed for by** | G.APILLO | **Delivered to** | Recept/Frnt desk |
| **Ship date** | Jul 8, 2004 | **Delivery location** | ANDERSON SC |
| **Delivery date/time** | Jul 9, 2004 9:38 am | **Service type** | Standard Envelope |

**You can also track:**
- By Alternate Reference
- By Email
- TCN (Gov't Shippers)

**Track other FedEx services**
- FedEx Custom Critical shipments
- FedEx Trade Networks shipments
- International Air Cargo

| Date/time | | Status | Location | Comments |
|---|---|---|---|---|
| Jul 9, 2004 | 9:38 am | Delivered | ANDERSON SC | |
| | 8:42 am | On FedEx vehicle for delivery | ANDERSON SC | |
| | 8:18 am | Arrived at FedEx Destination Location | ANDERSON SC | |
| | 7:46 am | Left FedEx Ramp | GREER SC | |
| | 4:05 am | Left FedEx Sort Facility | MEMPHIS TN | |
| | 12:19 am | Left FedEx Sort Facility | MEMPHIS TN | |
| Jul 8, 2004 | 9:04 pm | Arrived at FedEx Ramp | GREER SC | |
| | 8:24 pm | Left FedEx Origin Location | GREENVILLE SC | |
| | 6:26 pm | Picked up by FedEx | GREENVILLE SC | |

**Wrong Address?**
Reduce future mistakes by using FedEx Address Checker.

**Shipping Freight?**
FedEx has LTL, air freight, surface and air expedited freight, multi piece package deliveries and ocean freight.

[Signature proof]   [Track more shipments]

Email your detailed tracking results (optional)

Enter your email, submit up to three email addresses (separated by commas), add your message (optional), and click **Send email**.

From: [        ]
To: [        ]

Add a message to this email.
[              ]

[Send email]

Global Home | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Privacy Policy

This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1995-2004 FedEx