IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HILL DESIGN, INC., <br><br> Plaintiff <br><br> v. <br><br> ROYALCO, INC., <br><br> Defendant | ) <br> ) Civil Action No. 04-30100-KPN <br> ) <br> ) <br> ) <br> ) July 26, 2004 <br> ) <br> ) |

### APPEARANCE

Please enter my appearance as a counsel on behalf of Defendant Royalco, Inc., in the above-captioned matter.

Dated: July 26, 2004

By: /s/ Arthur F. Dionne
Arthur F. Dionne (Ma No: BBO125760)
McCormick, Paulding & Huber
1350 Main Street
5th Floor
Springfield, MA 01103-1628
Tel: 413-736-5401
Fax: 413-733-4543

1

## CERTIFICATE OF SERVICE

This is to certify that on this __26th__ day of July 2004 a copy of the foregoing APPEARANCE was served by first class mail, postage prepaid on counsel for the Plaintiff, Attorneys Deborah A. Basile and Michael K. Callan, of Doherty, Wallace, Pillsbury & Murphy P.C. at the following address One Monarch Place, Suite 1900, Springfield, MA 01103.

By _____
Arthur F. Dionne