IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HILL DESIGN, INC., <br><br>  Plaintiff <br><br> v. <br><br> ROYALCO, INC., <br><br>  Defendant | Civil Action No. 04-30100-KPN <br><br> (Our Docket No. 5267-0001) |

**DEFENDANT'S ASSENTED TO MOTION TO POSTPONE DEFENDANT'S ANSWER OR OTHER PLEADING DUE ON JULY 29, 2004**

Defendant Royalco, Inc. hereby moves the Court to postpone the date on which its answer or other pleading is due by thirty (30) days. Royalco, Inc. moves that the date be extended from July 29, 2004 to August 30, 2004. In support of its Motion, Royalco, Inc. submits that:

1. Royalco, Inc. and Hill Design, Inc. are engaged in settlement discussions. The parties are making significant progress toward a complete settlement of this case and hope to enter into a settlement agreement shortly. Accordingly, both sides agree that filing an answer is not warranted at this time.

2. By telephone conference on or about July 14, 2004, attorneys for Hill Design, Inc. assented to a thirty-day extension of the date on which Royalco Inc.'s answer or other pleading is due.

1

3. Defendant moves the Court to postpone the date on which the Defendant's answer or other pleading is due by thirty (30) days from July 29, 2004 to August 30, 2004.

Respectfully submitted,

ROYALCO, INC.
Defendant

Dated: *July 26, 2004*

By _____
Arthur F. Dionne (Ma No: BBO125760)
McCormick, Paulding & Huber
1350 Main Street
5th Floor
Springfield, MA 01103-1628
Tel: 413-736-5401
Fax: 413-733-4543

## CERTIFICATE OF SERVICE

This is to certify that on this __26th__ day of July 2004 a copy of the foregoing DEFENDANT'S ASSENTED TO MOTION TO POSTPONE DEFENDANT'S ANSWER OR OTHER PLEADING DUE ON JULY 29, 2004, was served by first class mail, postage prepaid on counsel for the Plaintiff, Attorneys Deborah A. Basile and Michael K. Callan, of Doherty, Wallace, Pillsbury & Murphy P.C. at the following address One Monarch Place, Suite 1900, Springfield, MA 01103.

_____
Arthur F. Dionne, Esq.