FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HILL DESIGN, INC., <br><br> Plaintiff <br><br> v. <br><br> ROYALCO, INC., <br><br> Defendant | ) <br> ) <br> ) Civil Action No. 04-30100-KPN <br> ) <br> ) <br> ) <br> ) <br> ) (Our Docket No. 5267-0001) <br> ) <br> ) <br> ) |

### DEFENDANT'S RULE 7.3 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.3, Defendant Royalco, Inc. hereby states that it has no parent corporation. Royalco, Inc. further states that no publicly held corporation holds 10% or more of its stock.

Respectfully submitted,

ROYALCO, INC.
By Their Attorney

Dated: July 26, 2004         By: [signature]
                              Arthur F. Dionne (Ma No: BBO125760)
                              McCormick, Paulding & Huber
                              1350 Main Street
                              5th Floor
                              Springfield, MA 01103-1628
                              Tel: 413-736-5401
                              Fax: 413-733-4543

2

## CERTIFICATE OF SERVICE

This is to certify that on this 26TH day of July 2004 a copy of the foregoing DEFENDANT'S RULE 7.3 DISCLOSURE STATEMENT, was served by first class mail, postage prepaid on counsel for the Plaintiff, Attorneys Deborah A. Basile and Michael K. Callan, of Doherty, Wallace, Pillsbury & Murphy P.C. at the following address One Monarch Place, Suite 1900, Springfield, MA 01103.

_____
Arthur F. Dionne, Esq.