IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HILL DESIGN, INC., | ) |
| Plaintiff | ) Civil Action No. 04-30100-KPN |
| v. | ) |
| ROYLCO, INC., | ) (Our Docket No. 5267-0001) |
| Defendant | ) |

**APPEARANCE**

Please enter my appearance as a counsel on behalf of Defendant Roylco, Inc., in the above-captioned matter.

Dated: 8/30/04

By _____
J. Kevin Grogan (Ma No: BBO # 635089)
McCormick, Paulding & Huber
1350 Main Street
5th Floor
Springfield, MA 01103-1628
Tel: 413-736-5401
Fax: 413-733-4543

1

## CERTIFICATE OF SERVICE

This is to certify that on this 30th day of August 2004 a copy of the foregoing APPEARANCE was served by first class mail, postage prepaid on counsel for the Plaintiff, Attorneys Deborah A. Basile and Michael K. Callan, of Doherty, Wallace, Pillsbury & Murphy P.C. at the following address One Monarch Place, Suite 1900, Springfield, MA 01103.

By _____
J. Kevin Grogan

2