IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HILL DESIGN, INC., | ) |
|     Plaintiff | ) Civil Action No. 04-30100-KPN |
| v. | ) |
| ROYLCO, INC., | ) (Our Docket No. 5267-0001) |
|     Defendant | ) |

## DEFENDANT'S ASSENTED TO MOTION TO POSTPONE DEFENDANT'S ANSWER OR OTHER PLEADING DUE ON AUGUST 30, 2004

Defendant Royalco, Inc. hereby moves the Court to postpone the date on which its answer or other pleading is due by ten (10) days. Royalco, Inc. moves that the date be extended from August 30, 2004 to September 9, 2004. In support of its Motion, Royalco, Inc. submits that:

1. Royalco, Inc. and Hill Design, Inc. are engaged in settlement discussions. The parties are making progress toward a settlement of this case and hope to enter into a settlement agreement shortly. Accordingly, both sides agree that filing an answer is not warranted at this time.

2. By telephone conference on or about August 30, 2004, attorneys for Hill Design, Inc. assented to a extension of the date on which Royalco Inc.'s answer or other pleading is due.

1

3.     Defendant moves the Court to postpone the date on which the Defendant's answer or other pleading is due by ten (10) days from August 30, 2004 to September 9, 2004.

Respectfully submitted,

ROYLCO, INC.
Defendant

Dated: 8/30/04            By_____
J. Kevin Grogan (Ma No: BBO # 635089)
McCormick, Paulding & Huber
1350 Main Street
5th Floor
Springfield, MA 01103-1628
Tel: 413-736-5401
Fax: 413-733-4543

## CERTIFICATE OF SERVICE

This is to certify that on this ___30th___ day of August 2004 a copy of the foregoing DEFENDANT'S ASSENTED TO MOTION TO POSTPONE DEFENDANT'S ANSWER OR OTHER PLEADING DUE ON JULY 29, 2004, was served by first class mail, postage prepaid on counsel for the Plaintiff, Attorneys Deborah A. Basile and Michael K. Callan, of Doherty, Wallace, Pillsbury & Murphy P.C. at the following address One Monarch Place, Suite 1900, Springfield, MA 01103.

_____
J. Kevin Grogan, Esq.