

**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
Federal Building & Courthouse
1550 Main Street, Springfield, MA 01103

**TO:** United States District Court

Attn: Clerk's Office

Post Office Box 10768

Greenville, SC 29603-0768

**RE:** Hill Design, Inc., v. Roylco, Inc.

CIVIL ACTION #. 3: 04-CV-30100-MAP

CRIMINAL #.

Dear Clerk:

Please be advised that an order transferring the above entitled action to your court was entered on October 14, 2004 by the Honorable Michael A.. Ponsor.

The following documents are included in our file and transmitted herewith:

(x)   Certified copy of the docket entries;

(x)   Certified copy of the transferral order;

(x)   Original documents numbered 1 through 19

( )

Kindly acknowledge receipt of the above on the copy of this letter.

Respectfully,

TONY ANASTAS
CLERK OF COURT

Date: 10/14/04               By: /s/ *Maurice G. Lindsay*
                                  Maurice G. Lindsay
                                  Deputy Clerk

cc:   Counsel, File

---

The documents listed above were received by me on _____ and assigned the following case number: _____.

By: _____
    Deputy Clerk

(Transfer Cover Letter2.wpd - 12/98)